1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRAIG JEREMY RICHARDSON, | 2:13-CV-1481 JCM (VCF) |
| Plaintiff(s), | |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

15

**ORDER**

16      Presently before the court is Magistrate Judge Ferenbach's report and recommendation.

17  (Doc. # 3).  The magistrate judge recommends the following:

18          (1) Las Vegas Metropolitan Police Department be dismissed with prejudice;

19          (2) plaintiff's Fifth Amendment claim (count 3) and Thirteenth Amendment
            claim (count 4) be dismissed with prejudice;

20

21          (3) that the clerk of the court file the complaint, issue summons to the
            defendants named in the complaint, deliver the same to the U.S. Marshal for
            service, and send blank copies of the USM-285 forms to the plaintiff;

22

23          (4) that plaintiff have twenty (20) days to furnish to the U.S. Marshal the
            required USM-285 forms. Within twenty (20) days after plaintiff receives
            copies of the completed USM-285 forms from the U.S. Marshal, plaintiff must
24          file a notice with the court identifying which defendants were served and which
            were not served, if any. If the plaintiff wishes to have the U.S. Marshal attempt
25          service again on any unserved defendants, then a motion must be filed
            with the court identifying the unserved defendants, specifying a more detailed
26          name and address, and indicating whether some other manner of service should
            be used. Pursuant to the Federal Rules of Civil Procedure Rule 4(m), service must
27          be accomplished within one hundred twenty (120) days from the date that the
            complaint was filed; and

28

James C. Mahan
U.S. District Judge

1   (5) that from this point forward, plaintiff shall serve upon defendants, or their
    attorney if they have retained one, a copy of every pleading, motion, or other
2   document submitted for consideration by the court. Plaintiff shall include with
    the original paper submitted for filing a certificate stating the date that a true
3   and correct copy of the document was mailed to the defendants or their counsel.
    The court may disregard any paper received by a district judge, magistrate judge,
4   or the clerk which fails to include a certificate of service.

5   No objections have been filed to the report and recommendation, and the deadline to do so has

6   passed.

7       This court "may accept, reject, or modify, in whole or in part, the findings or

8   recommendations made by the magistrate."  28 U.S.C. § 636(b)(1).  Where a party timely objects

9   to a magistrate judge's report and recommendation, then the court is required to "make a de novo

10  determination of those portions of the [report and recommendation] to which objection is made."

11  28 U.S.C. § 636(b)(1).

12      Where a party fails to object, however, the court is not required to conduct "any review at all

13  . . . of any issue that is not the subject of an objection."  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

14  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate

15  judge's report and recommendation where no objections have been filed.  *See United States v.*

16  *Reyna–Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the

17  district court when reviewing a report and recommendation to which no objections were made); *see*

18  *also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's

19  decision in *Reyna–Tapia* as adopting the view that district courts are not required to review "any

20  issue that is not the subject of an objection.").  Thus, if there is no objection to a magistrate judge's

21  recommendation, then this court may accept the recommendation without review.  *See, e.g.*,

22  *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation

23  to which no objection was filed).

24      Nevertheless, this court finds it appropriate to engage in a de novo review to determine

25  whether to adopt the recommendation of the magistrate judge.  Upon reviewing the recommendation

26  and underlying briefs, this court finds good cause appears to ADOPT the magistrate's findings in

27  full.

28

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the report and recommendation of Magistrate Judge Ferenbach (doc. # 3) be, and the same hereby is, ADOPTED in its entirety.

IT IS THEREFORE ORDERED that Las Vegas Metropolitan Police Department is hereby dismissed with prejudice.

IT IS FURTHER ORDERED that plaintiff's Fifth Amendment claim (count 3) and Thirteenth Amendment claim (count 4) are dismissed with prejudice. The remaining claims may proceed.

IT IS FURTHER ORDERED that the clerk of the court file the complaint, issue summons to the defendants still remaining in the case, deliver the same to the U.S. marshal for service, and send blank copies of the USM-285 forms to the plaintiff.

IT IS FURTHER ORDERED that plaintiff has twenty (20) days to furnish to the U.S. marshal the required USM-285 forms. Within twenty (20) days after plaintiff receives copies of the completed USM-285 forms from the U.S. marshal, plaintiff must file a notice with the court identifying which defendants were served and which were not served, if any. If the plaintiff wishes to have the U.S. marshal attempt service again on any unserved defendants, then a motion must be filed with the court identifying the unserved defendants, specifying a more detailed name and address, and indicating whether some other manner of service should be used.

IT IS FURTHER ORDERED that from this point forward, plaintiff shall serve upon defendants, or their attorney if they have retained one, a copy of every pleading, motion, or other document submitted for consideration by the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or their counsel.

DATED December 11, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge

- 3 -