# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CRAIG JEREMY RICHARDSON, | |
| Plaintiff, | 2:13-cv-01481-JCM-VCF |
| vs. | **MINUTE ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER JEREMY JACOBITZ; OFFICER KVAM, | |
| Defendants. | |

Before the Court is Defendant's Request by Counsel to Appear Telephonically at the hearing on May 7, 2014 at 3:30 p.m. (#29). Counsel requests to appear telephonically because Plaintiff may not appear at the May 7, 2014 hearing. *Id.* The Clerk's office has contacted Plaintiff and he has been informed of the 3:30 p.m., May 7, 2014 hearing.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Request by Counsel to Appear Telephonically at the hearing on May 7, 2014 at 3:30 p.m. (#29) is DENIED.

DATED this 7th day of May, 2014.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE