# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CRAIG JEREMY RICHARDSON, | |
| Plaintiff, | 2:13-cv-01481-JCM-VCF |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.,* | |
| Defendants. | |

Before the court is Defendants' Motion to Extend Discovery. (#43).

Pursuant to Local Rule 7-2(d), "the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Here, no opposition has been filed. The time to file an opposition has passed.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Defendants' Motion to Extend Discovery (#43) is GRANTED.

IT IS FURTHER ORDERED that the following deadlines apply:

1. Discovery in this action must be completed on or before **February 3, 2015**,

2. Dispositive Motions must be filed and served no later than **March 9, 2015**,

3. The Joint Pretrial Order is due thirty (30) days after the dispositive motions deadline, or on **April 3, 2015**. If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's rulings on the motions or by further order of the court.

DATED this 22nd day of January, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE